**FILED**

October 20, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad _____
DEPUTY

PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

## IN THE UNITED STATES DISTRICT COURT

FOR THE ____Western____ DISTRICT OF TEXAS

____WACO____ DIVISION

### PETITION FOR A WRIT OF HABEAS CORPUS BY
### A PERSON IN STATE CUSTODY

Michael B. E. Nelson
**PETITIONER**
(Full name of Petitioner)

John Montford Unit
**CURRENT PLACE OF CONFINEMENT**

vs.

TDCJ # 02314735
**PRISONER ID NUMBER**

Judge Lee Harris, ET, Al
**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

**6:21-cv-01097**

**CASE NUMBER**
(Supplied by the District Court Clerk)

---

### INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.  Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6.  Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.  Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.  Failure to notify the court of your change of address could result in the dismissal of your case.

---

## **PETITION**

**What are you challenging?**  (Check **all** that apply)

☑  A judgment of conviction or sentence,        (Answer Questions 1-4, 5-12 & 20-25)
    probation or deferred-adjudication probation.
☐  A parole revocation proceeding.              (Answer Questions 1-4, 13-14 & 20-25)
☑  A disciplinary proceeding.                    (Answer Questions 1-4, 15-19 & 20-25)
☐  Other:_____                 (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
**Note:** In answering questions 1-4, you must give information about <u>the conviction for the sentence you are presently serving</u>, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.  Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack:  <u>Hill County Courts</u>
    <u>80 N Waco St Hillsboro, Texas 76645 / Hill County District clerk, P.O. Box</u>
    <u>624, Hillsboro, Texas 76645    66ᵗʰ District Court</u>

2.  Date of judgment of conviction:  <u>June 18ᵗʰ, 2020</u>

3.  Length of sentence:  <u>3 years TDCJ confinement</u>

4.  Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action:  <u>Cause No. F346-19</u>

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5.  What was your plea? (Check one)  ☑ Not Guilty    ☐ Guilty    ☐ Nolo Contendere

6.  Kind of trial: (Check one)    ☐ Jury        ☐ Judge Only

7.  Did you testify at trial?  ☐ Yes  ☑ No

8.  Did you appeal the judgment of conviction?  ☐ Yes  ☐ No

9.  If you did appeal, in what appellate court did you file your direct appeal? _____

    _____  Cause Number (if known): _____

    What was the result of your direct appeal (affirmed, modified or reversed)? _____

    What was the date of that decision? _____

    If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

    Grounds raised: _____

    _____

    Result: _____

    Date of result: _____  Cause Number (if known): _____

    If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

    Result: _____

    Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.    ☐ Yes    ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: _____

    Nature of proceeding: _____

    Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12.     Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?        ☐ Yes     ☑ No

    (a)     If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

_____

    (b)     Give the date and length of the sentence to be served in the future: _____

_____

(c)    Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?    ☐ Yes    ☐ No

**Parole Revocation:**

13.    Date and location of your parole revocation: _____

14.    Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation?    ☐ Yes    ☐ No

If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15.    For your original conviction, was there a finding that you used or exhibited a deadly weapon?    ☐ Yes    ☑ No

16.    Are you eligible for release on mandatory supervision?    ☐ Yes    ☑ No

17.    Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _Holiday Unit_

Disciplinary case number: _295 I H 45 N, Huntsville, Texas 77320_

What was the nature of the disciplinary charge against you? _minor / major threaten Harm / off_

18.    Date you were found guilty of the disciplinary violation: _02 / 05 / 21_

Did you lose previously earned good-time days?    ☑ Yes    ☐ No

If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _30 days Good time._

Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: _60 days commissary, 60 days Recreation, 45 phone, 30 days good-time From line 1 to line 2 From 62 to 64 Captain Raginksky Major Burdeson and Lt Nixon_

19.    Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?    ☑ Yes    ☐ No

If your answer to Question 19 is "Yes," answer the following:

Step 1 Result: _No substantiated Evidence of officer Misconduct_

Date of Result: _Coleman on  3/10/21_____

Step 2 Result: _Lt Owens intervened and said she only removed me but Retaliated._

Date of Result: _3/26/21_____

## All petitioners must answer the remaining questions:

20.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A.    **GROUND ONE:** _Illegal Evidence  Exclusionary Rule 1914 weeks vs._ _The United States, MAPP VS. OHIO  14th Amendment 5th, 6th, 8th 4th._

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_I was given permission to use the car loaned to me by Dwight Keava not Joyce Ann Brown or Jene Ann Brown, We have no known affiliation. She owns and Advocates for her program Mothers for the Advancement of Social Systems MASS, Politizing and Harrassment politically incorrect, in opposition of Discriminating against me for Political Bain. Republicans!_

B.    **GROUND TWO:** _Human Rights Violation 1992 United States Ratifies_ _The ICCPR International Covenant on Civil and Political Rights 1966_

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_I was denied Trial and illegally sent to Austin State Hospital on a 46b when I wanted to dismiss my Attorney Darbie Bowman. I was found competent to leave the Hospital and to stand trial. 8th Amendment It was unusual to be degraded at Austin State Hospital and illegally Diagnosed Delusional disorder and it was said that I am not in reality/convicted._

C.    **GROUND THREE:** The Abolition of the slave Trade Act 1807 Let the oppressed Go Free  Human Rights :865 US Abolishes slavery 1948 UDHR.

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Being denied Every right Endowed to me Thats unalienable, has been alienated. I've been Beaten, chemically Harmed with chemical Agents and denied my rights to Challenge being held back from my privileges of school, vocational, alienated from my children, Forced to neglect my responsibilities, Forced into poverty without Just compensation. Damaged

D.    **GROUND FOUR:** Constitutional Government  Magna Carta. To None will We delay or Deny Right or Justice. Rights Shall be undiminished, Liberties unimpaired.

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

I've been bought, rights to Justice refused and Life Delayed, victimized Arrested, imprisoned, dispossessed, exiled, outlawed. Mrs/Ms. Joyce Ann Brown nor Mr. Michael B E Nelson deserves to be degraded and Humiliated for doing Gods work in the eyesight of the people for the people by the people. The Arresting Agency had no records. Dismissed!

21.    Relief sought in this petition: Exoneration, compensation for Damages, mental Anguish, Assaults, degradation of Namesake and character ('10 Million) willful and wanton Endangerment, willful and wanton disclosure of false Evidence and Information. In Relief Prosecutions should Stand against The state of Texas' Licensees, Revoking their licenses and sanction their Duties. Judge Lee Harris, Congressman Roger Williams Representative Harris, Prosecutor Sherri Wagner, Public Defender Darbie Bowman et al shall be held accountable for their Misconduct All together.

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?    ☐ Yes    ☑ No
If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

_____

_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?    ☐ Yes    ☐ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☑ Yes    ☐ No

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

Cruel and unusual Punishment warranting Assault and Battery, I've been alienated and recently had the opportunity to present these grounds. Due Process of Law and Equal Protections

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?    ☑ Yes    ☐ No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. U.S. Department of Justice Civil Rights Division Washington, D.C. 20530 report Number 85323 RDJ.

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Darbie Bowman P.O. Box 713 114 ERATh St Meridian, TX 76665

    (b) At arraignment and plea: Darbie Bowman

    (c) At trial: W/out me Darbie Bowman

    (d) At sentencing: Darbie Bowman - 202003175

    (e) On appeal: State Bar of Texas office of the Chief Disciplinary counsel Darbie.

    (f) In any post-conviction proceeding: _____

(g)    On appeal from any ruling against you in a post-conviction proceeding: _____

_____

**Timeliness of Petition:**

26.    If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

Alienated From Access to Courts and Motions
_____

_____

_____

_____

_____

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.



*Handwritten top-left:*
Det 1
Officer Perry 231
J, Urias and
Rodgers Bodkin officers
violated 4th Amendment Rights
and stole materials without A warrant, I don't own
Will, Rodgers Nothing and I say No I am not sponsoring

*Handwritten top-right:*
Anybody that think They own me. Dumb and want me to be The same

**INDICTMENT**

CAUSE NO. _F-346-19_

BOND $ 5000

JUDGE

*(stamp)* MARCEL M. EUBANK DISTRICT CLERK HILL COUNTY, TEXAS

*(stamp)* FILED MARCEL M. EUBANK DISTRICT CLERK HILL COUNTY

**THE STATE OF TEXAS VS. MICHAEL BRANDON NELSON**

*Handwritten:* False Arrests

**CHARGE: UNAUTHORIZED USE OF VEHICLE** *Handwritten:* Illegal Searches and Seizures

===================================================

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

THE GRAND JURY, for the County of Hill, State of Texas, duly selected, empaneled, sworn, charged and organized as such at the **JULY/DECEMBER** term, A.D., **2019** of the 66th Judicial District Court for said County, upon their oaths present in and to said court at said term that **MICHAEL BRANDON NELSON** hereinafter styled Defendant, on or about the **14th day of August, 2019** and before the presentment of this indictment, in the County of Hill and State aforesaid, did then and there intentionally or knowingly operate a motor-propelled vehicle, to-wit: an automobile, without the effective consent of Jane Ann Brown, the owner thereof.

*Handwritten left margin:* I No make/model? Wasn't specific what car?

*Handwritten:* Donte Page - ~~struck out~~ Donte only Just Lived upstairs from My mother, they saw him take me to the store one day That it Don't know him!

**FELONY ENHANCEMENT PARAGRAPH ONE:** And it is further presented that, prior to the commission of the charged offense, on or about the 12th day of August, 2010, in cause number F-1033124 in the Criminal District Court #5, Dallas County, Texas, the defendant was finally convicted of the felony offense Burglary of a Building.

*Handwritten:* Jacqueline Nelson stabbed Michael Nelson

**FELONY ENHANCEMENT PARAGRAPH TWO:** And it is further presented that, prior to the commission of the charged offense, on or about the 8th day of July, 2014, in cause number F-1372518 in the 195th District Court, Dallas County, Texas, the defendant was finally convicted of the offense Injury to Child/Elderly/Disabled with Intent Bodily Injury.

*Handwritten:* The people in Dallas County offices Theo Peugh - Lied. And I was Attacked And Raped.

Against the peace and dignity of the State.

Delivered this 17 day of Sep 2015
Rodney B. Watson Sheriff, Hill Co., Texas

By: _____
Deputy

**RECEIVED** Amy
SEP 17 2019
HILL CO. SHERIFF'S OFFICE
TIME 11:40 (AM) PM

_____
Foreman of the Grand Jury

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 2, 2020

Michael Nelson
Inmate #: 048483
406 Hall Street
Hillsboro, TX 76645

Re: 202003175 - Michael Nelson -Darbie Bowman

Dear Mr. Nelson:

The Office of the Chief Disciplinary Counsel of the State Bar of Texas has received and examined your grievance against the above-named lawyer. Lawyers licensed to practice law in Texas are subject to discipline only when their conduct violates the Texas Disciplinary Rules of Professional Conduct. When a grievance is received, this office conducts an initial review to determine whether the alleged conduct would be a violation of the ethics rules. If the conduct does not allege a violation, the grievance is classified as an Inquiry and dismissed with a right to appeal the dismissal. If the conduct alleges a violation, the grievance is classified as a Complaint and investigated.

Under the disciplinary rules, a lawyer is professionally responsible for determining how best to achieve a client's objectives. Accordingly, the lawyer has very broad discretion to determine technical and legal tactics concerning the representation. In addition, a lawyer who acts in good faith is not subject to discipline for an isolated inadvertent or unskilled act or omission, tactical error, or error of judgment. After examining your grievance, we have determined that the conduct you described is not a violation of the disciplinary rules, for the aforementioned reasons. Therefore, your grievance has been classified as an Inquiry and dismissed pursuant to rule 2.10 of the Texas Rules of Disciplinary Procedure.

If you would like further review of your grievance, you may choose one of the following two options:

    1. Amend your grievance and re-file it with additional information that will assist us in determining whether the lawyer violated the disciplinary rules. (Examples of additional information that may be helpful include: correspondence/emails between you and your lawyer, fee agreement/contract with your lawyer, the approximate date your lawyer's conduct occurred, etc.) It is not necessary to list the disciplinary rules you believe

were violated. You have twenty (20) days from your receipt of this letter to re-file your amended grievance.

**OR**

2. Appeal this decision to dismiss your grievance to the Board of Disciplinary Appeals. You must submit your appeal directly to the Board of Disciplinary Appeals by using the enclosed form. **You have thirty (30) days from your receipt of this letter to appeal this decision.**

In compliance with the Texas Rules of Disciplinary Procedure, the Office of the Chief Disciplinary Counsel maintains confidentiality throughout the grievance process. If you have any questions about the dismissal of your grievance, I can be reached at (877) 953-5535.

Sincerely,

D. Smith
Assistant Disciplinary Counsel

DAS/nw

Enclosures:    BODA Appeal Form

Cc:            Ms. Darbie Bowman

Michael B. E. Nelson
4110 Guadalupe Street
Building 784 APS unit E
Austin, Texas 78751

Hillsboro Police Dept.
Open Records
303 N. Waco St
Hillsboro, Texas 766th

Re: Open Records Request;

Ms. Ramirez, I, Michael Nelson, POB 6-1-83
Case No F 346-19 Am Requesting Open Records to Release
the actual Police Report. Their Are two Cause numbers and
I need them both. I pray and ask could Hillsboro Police
Waive the Fee and Fax the report to, Michael Nelson,
512-419-2781, ASH. Entitled, "Discovery," ~~_____~~
Police Report.



# HILLSBORO POLICE DEPARTMENT

303 N. Waco St. / P.O. Box 568
Hillsboro, TX 76645
(254) 582-8406 and (254) 582-8407
Fax (254) 582-9947 and (254) 582-1061

February 27, 2020

To:    Michael B. E. Nelson
       4110 Guadalupe St Building 784 Apts Unit E
       Austin, TX 78751

Subject: Records Request: Cause No. F346-19 (and other)

Mr. Nelson,

Our agency received your request. Please be advised; Cause No. F346-19 shows NO RECORD. The number you have provided is an invalid number that does not match our case numbers in house. Cause numbers are typically used for court proceedings. You can forward your request for discovery to the Hill County Court House at 1 N. Waco St., Hillsboro, TX 76645. You can also contact them by phone at 254-582-4030.

Should you have any questions, please do not hesitate to contact us.

Respectfully,

Maria Ramirez
Records Specialist
Hillsboro Police Department
(254)582-8406

Please Note: The detective that was on this case saw me several
months later in Hill county asked "Mike what are you still doing here." "Tort Claims,
It was dropped. Bowman even said they didn't know what to do with because it wasn't true.

They had me wrong and Held me as I was an Immigrant
"Nelson, De Leon". These folks used me up then Just illegally
Stole from me and sent me to prison. Inexperienced, still in
school and just Graduating High school and into the police force

## Person Centered Recovery Plan - Full Report     Austin State Hospital

Name: NELSON,MICHAEL B          MPI:   308031      Epi:  2      DOB: 6/1/1983      Admit Date: 1/27/2020

Pl~ ate: 1/31/20     End Date:                    Plan Type: Comprehensive          Plan Name: Comprehensive

Sta~~: Finalized 1/31/2020  01:18 PM

Certified by: OLAOYE,BAYO PMHNP-BC                    Entered by: Olaoye Bayo O. PMHNP-BC

**Narrative Summary:** From Psychiatric Evaluation  Dated: 1/27/2020:  36 yo BM on a 46b from Hill county.  *Dallas County, Ellis county, Hill County*
he was arrested on 8/14/19 for operating a car without the consent of the owner

DX:
I:Polysubstance abuse  *Defamation, Degradation of Character*
II:Antisocial personality disorder  *Defamation, Degradation of character, Loss of wages, Mental Anguish*
III:none  *Patient Abuse "Sexually Assaulted at Parkland", While in Custody, Illegal*
IV:legal  *Drug induced medicine I don't take was given to sedate me and*
V: 55  *Molest me, Injections given, I take pills, Illegal eye surgery, Medical malpractice*

**Diagnosis:** Update 1/31/2020

| Rank | Onset | Description |
|---|---|---|
| 1 | | Delusional disorder  *Brought on by CPS, fingernail polish has ingredients of Narcotics.* |
| | | Antisocial personality disorder |
| | | Polysubstance abuse |
| | | No diagnosis on axis III |

**Recovery Life Goal:**   "Finish my degree, expunge my record"  *"Perception" "Get my degree, expunge my record.*

**Patient Strengths:**   "Positive energy" "Good mood" "Parenting" "Politics" "Honest person"
Team identifies youth, intelligence, well educated, advocates well for himself, motivated, social skills

**Patient Weaknesses:**   Team identifies delusional thought content

**Safety Plan:**   **Triggers:**                    **Warning Signs:**                    **Calming Strategies:**
1/27/20   ignorant, people mean to me,    walk a way    walk with me, talk to me, smoke
stupid stuff    cigarette, listening to music

...tive Contraindications to Restraint/Seclusion:  No Contraindications to Restraint/Seclusion

**Patient was Involved in Development of Plan:**  Yes

**Patient Involvement:**   1. Patient briefed prior to meeting; 2. Patient attended treatment team meeting; 3. Patient described personal goals/needs during meeting; 4. Plan explained to patient (during or after meeting); 5. Copy of plan provided to patient (in preferred language)

Mr. Nelson attended and participated in the meeting.

**Anticipated Discharge Criteria:**   Restore competency

**Discharge Plan:**  Mr. Nelson will return to jail once competency has been determined by the team. The team will discuss housing options/planning during the remainder of admission. Mr. Nelson says he is on the wait list for Section 8 housing and the social worker is attempting to confirm this.

**InPt Tx Goal:**  Increase Mr. Nelson's reality-based thought content and conversation with others.

...: Short Term   Status:  Active   Opened:  1/31/20                    Functional Group: Psychosocial

**Barriers:**  Mr. Nelson exhibits thoughts that may be delusional that are precluding him for engaging in reality-based conversations with others.
Status:  Active   Opened:  1/31/20

**Obj:**   Within the next 14 days, Mr. Nelson will engage in at least two reality-based responses/conversations with peers and staff as evidenced by his reporting to the treatment team and staff observation. This will be measured by documentation in progress notes.
Status:  Active   Opened:  1/31/20   Due:   2/20/2020

**Intv:**  The attending practitioner will collaborate with Mr. Nelson in determining which medications will continue to stabilize their psychiatric symptoms and meet weekly to discuss the effectiveness/side effects of medications prescribed.
Status:  Active   Opened:  1/31/20   Due:   2/20/202(  Person Responsible: OLAOYE,BAYO PMHNP-BC

**Intv:**  The attending practitioner will titrate or taper medications as needed.
Status:  Active   Opened:  1/31/20   Due:   2/20/202(  Person Responsible: OLAOYE,BAYO PMHNP-BC

**Intv:**  The attending practitioner will refer Mr. Nelson to the medical clinic to address (their medical needs as needed.
Status:  Active   Opened:  1/31/20   Due:   2/20/202(  Person Responsible: OLAOYE,BAYO PMHNP-BC

This information is Protected Health Information and as such is covered under the federal Health Insurance Portability Accountability Act (HIPAA) which defines the federal standards for the protection of health information.

Name:  NELSON,MICHAEL B          MPI:   308031          Epi:  2          DOB: 6/1/1983          Admit Date:  1/27/2020

**Intv:** Nursing staff will provide Mr. Nelson prescribed medications as prescribed daily.

Status:  Active          Opened:  1/31/20          Due:          2/20/202(          Person Responsible: JOHNSON,PHILIP RN

**Intv:** Nursing staff will provide education to Mr. Nelson about medications as needed.

Status:  Active          Opened:  1/31/20          Due:          2/20/202(          Person Responsible: JOHNSON,PHILIP RN

**Intv:** Nursing staff will report to the treatment team regarding medication compliance and efficacy of prescribed medications daily.

Status:  Active          Opened:  1/31/20          Due:          2/20/202(          Person Responsible: JOHNSON,PHILIP RN

**Intv:** Social worker will meet with Mr. Nelson once a week for the next six weeks to build rapport, assess clinical presentation, and address case management needs.

Status:  Active          Opened:  1/31/20          Due:          2/20/202(          Person Responsible: TORTORA,PATRICIA LMSW

**Intv:** At least once prior to discharge, social worker will contact the social security administration to inquire if Mr. Nelson is a candidate for a pre-release application and submit appropriate referrals.

Status:  Active          Opened:  1/31/20          Due:          2/20/202(          Person Responsible: TORTORA,PATRICIA LMSW

**Intv:** At least once prior to discharge, social worker will contact the Tarrant Co. Housing Authority to confirm Mr. Nelson's status on the wait list to secure secondary discharge plans.

Status:  Active          Opened:  1/31/20          Due:          2/20/202(          Person Responsible: TORTORA,PATRICIA LMSW

**InPt Tx Goal:**  Mr. Nelson will attain a factual and rational understanding of competency.

Type: Long Term          Status:  Active          Opened:  1/31/20          Functional Group:  Forensic

**Barriers:**  Mr. Nelson exhibits thoughts that may be delusional that are precluding him for engaging in reality-based conversations with others. Lack of knowledge in the legal system.          *opinionated Assumptions, Degredation, discrimination*

Status:  Active          Opened:  1/31/20

**Obj:**  Within the next 90 days, prior to the end of his commitment, Mr. Nelson will demonstrate a factual and rational understanding of competency as measured by understanding the charges against him, consequences of conviction, courtroom procedures and expectations, and demonstrate the ability to work with his attorney. This will be measured by staff documentation in progress notes.

Status:  Active          Opened:  1/31/20          Due:          2/20/2020

**Intv:** Competency Restoration Group meets Monday, Tuesday, Wednesday, and Thursday at 2:15 PM. Individual Competency Tutoring is available as needed. The unit psychologist is the facilitator for the competency group and the individual competency tutor.

Status:  Active          Opened:  1/31/20          Due:          2/20/202(          Person Responsible: VALENCIA-FAGOT,JESSICA I

**Intv:** The unit psychologist will meet with Mr. Nelson at least once per week to assess their legal knowledge and their rational competency.

Status:  Active          Opened:  1/31/20          Due:          2/20/202(          Person Responsible: VALENCIA-FAGOT,JESSICA I

**Treatment Team:**

| Name: | Role: | Present at Review: | Author: |
|---|---|---|---|
| LOCASIO,ANN | Treatment Plan Coordinator | In Person | Yes |
| PERAZZO,PATRIZIA | Other Staff | In Person | |
| PENA,KASEY PHARMD | Other Staff | In Person | |
| VALENCIA-FAGOT,JESSICA PHD | Psychologist *Incompetent professionally.* | In Person | |
| BREEDLOVE,EMILY | Rehabilitation Teacher — | In Person | |
| DRESSLER,JAY MT-BC | Rehabilitation Teacher — | In Person | |
| SOW,ADAMA RN | Registered Nurse *Incompetent* | In Person | |
| OLAOYE,BAYO PMHNP-BC | Adv. Practice Nurse/ Physician Asst. | In Person | |
| SARKAR,NADITA RN | Registered Nurse | In Person | |
| TORTORA,PATRICIA LMSW | Social Worker | In Person | |
| Michael Nelson | Patient | In Person | |

*Neuriva*

*Brain Power Medicine*

*Suffered Concussions,*

*I am okay but heavily scrutini And oppressed for nothing. Amusmen Please Help Me*

*help myself*

All Lied in our Goveinmental Institutions
Even Mental health services Lied and only
Profiled me on opinions and Assuming things
not Facts. I need An Attorney and Representative
I am being mistreated as though I am not
A uninted States Citizen, physically and mentally
Harmed. Senseless



COS-10 (R-01/11/2010)                    Date: _2 - 22 - 21_
*(Last Name, First and Middle Name)*
Nelson, Michael B.E.

# CRIMINAL HISTORY INFORMATION

Provide information on **all** criminal convictions for which you are requesting a Commutation of Sentence (**list one offense per page**) and the disposition of each conviction. All blanks must be completed for each conviction. Included in this application are two (2) blank "Criminal History Information" pages provided in the event that you have multiple convictions.

**Photocopy as many of these blank pages as needed to list additional convictions.**

---

**Criminal Offense:** _Unauthorized Use of motor vehicle_
*List the offense as it appears in the court documentation.*

---

Are you requesting a Commutation of Sentence for this offense?        ☑ Yes  /  ☐ No

---

*Additional Information about the Criminal Offense*

County: _Hill County_                                State: _of TEXAS_

Cause Number: _F 346-19_

Court of Adjudication: _In THE 66th District court_

Disposition/Sentence Date: _June 17, 2020_
*Date of sentencing.*

Court Disposition/Sentence: _June 22, 2020_

*Examples of possible responses that you may modify to reflect your circumstance*

5 years TDCJ
2 years State Jail Felony
2 years probation

Fine ordered in the Sentence?        ☐ Yes  ☑ No        If "Yes", indicate the amount:    $_____

                                                        Was the fine paid in full?        ☐ Yes  ☐ No

Restitution ordered in the Sentence?    ☐ Yes  ☑ No    If "Yes", indicate the amount:    $_____

                                                        Was the restitution paid in full?    ☐ Yes  ☐ No

COS-10 (R-01/11/2010)                    Date: 2-22-21
(Last Name, First and Middle Name)
Nelson, Michael B.E.

# SUBJECT'S VERSION

On this "Subject's Version" page you are providing additional information – your version of events – about the offense that you listed on the preceding "Criminal History Information" page. Describe in your own words the factual circumstances of the offense.

Responses such as "N/A," "Unknown," or "None" are not acceptable for this section of the application. If you do not remember any of the details about this offense you may provide a statement to that effect.

**Criminal Offense:** Unauthorized use of Motor Vehicle
List the offense as it appears in the court documentation. The offense should match the wording on the corresponding Criminal History Information page.

**Location:** Hill County, Hillsboro, Texas Dallas County, Dallas, Texas

**Offense date(s):** August 14, 2019

**Law enforcement agency involved:** Hillsboro PD and Dallas PD.

**State in detail events leading up to the offense and the extent of your involvement in this case:** I had permission!

I got off work and "Dwight Kearns" pulled up and we sat and talked all night. I recieved a Text from my Daughter saying she needed school supplies and clothes. I asked can he take me to her, he said he was tired and I can use the car. He got his things, I gave him some money, he went inside our friends house where I was staying, I left to Milford, Tx where my child was, spoke to her and was on my way to buy Supplies, clothes and groceries. I got a call from Dwight he was frantically delusional, "High" saying his wife called the police so bring the car back as soon as possible. I agreed and on my way back to him, I get pulled over In Hill county, Hillsboro, Tx, officer Penny illegally presented arms forcing me out the car, no warrant, no probable Cause and the accusations was the car was stolen, no probable cause to search the vehicle, he stole Dwights laptop, other officers pulled up and only said I had a "Capeous warrant," otherwise Habeaus warrant and didn't state what the warrant was for, Municipal Ticket from Hill county without reading my rights, officer Penny #57 of Hillsboro PD forced the cuffs on me and ignored the Ticket, booked me in on Felony

Complete this page before attaching any additional page(s). Place any attachments immediately behind this page. Charges UUMV

## Court Documentation & Offense Reports

Place all court documents and offense/arrest reports for this offense after your Subject's Version page(s). Refer to application instruction Page 2 of 2, Procedures for Obtaining Court Documentation, for information on documents to provide with the application.

COS-10 (R-01/11/2010)                     Date: 2-22-21                    Page 5 of 6
(Last Name, First and Middle Name)
Nelson, Michael B.F.

# E.    JUSTIFICATION FOR CLEMENCY CONSIDERATION

(1)    State the reasons and circumstances for requesting a commutation of sentence.

Statistical Denial of Constitutional Rights, profiling incorrectly and ignoring All Facts and Evidence, claiming innocence. I only stand accused in the court Of law. In this case, like all others in Texas, court appointed attorney blatantly Stated "You have an Extensive criminal History", rather or not a crime was Committed, Automatic guilt she was discriminatively bolstering that we had no win in trial because of my past. Therefore Denied Trial and extended the time and said she was acting in Good Faith. I requested to dismiss Counsel, Judge Lee Harris Refused, Darbie Bowman bar No: 202008 115- Michael Nelson - Darbie Refused Manipulated Me held trial while I was at Austin state Hospital (Defamation/slander) reporting I was delusional and Incompetent to stand trial, treated for delusional disorder and forensic Compentency Restoration, Manipulated, "the courts held trial without me, when I got back she recanted everything we spoke ~~discussed~~ about while at state Hospital. I was found competent to leave the hospital and to stand triale when I got there to the jail, May 19, 2020, she denied me the opportunity, I would've been found not guilty, no witnesses, I had authorization the keys to the vehicle. If Dwight Kearns didn't have permission to drive, then I am not at fault he is the gave me permission, otherwise we wouldn't be in this situation. I live honestly, and for the last 17 years my character has been statistically slandered. Rights not respected and poor representation. Each incident, even with family issues, we all have, I've been accused and ultimately the person getting physically hurt. The agg assault w/deadly weapon w/ intent to commit bodily Injury, cousin is Deaf, drinking and misunderstood me and hit me while I was cooking barbque, led from inside the house to the outside. Police called I go to jail no trial no evidence, prison anyway. I was stabbed in 2014, guilty, wrongfully Not Convicted.

Complete this page before attaching any additional page(s). Place any attachments immediately behind this page.

COS-10 (R-01/11/2010)    Date: *2-22-21*    Page 6 of 6
*(Last Name, First and Middle Name)*
Nelson, Michael B.E.

## F.    CERTIFICATION BY APPLICANT

*Please read the following statements carefully and indicate your understanding and acceptance by signing in the space provided. This application must be signed.*

I hereby give my permission to the Board of Pardons and Paroles or its designated agent to make any inquiry and receive any information of record that it may deem proper in the investigation of this application for clemency; and

I understand that compliance with these requirements is sufficient for the Board's consideration of this application, but compliance does not necessarily mean that favorable action will result.

I hereby swear upon my oath that I am the subject herein named and the facts contained in this application are true and correct.

Michael B.E. Nelson
**Applicant's Signature (Full Name)**

2 - 22 - 21
**Date**

**SUBJECT:** *State briefly the problem on which you desire assistance.*

GRV# 2021068100 was answered with the following response:

Your grievance was processed in accordance with the Safe Prism program. Captain Laningham conducted the investigation which failed to produce evidence that you were threatened by staff. Lt. Owens denied your allegations and contended at no time did she threaten you with physical harm or make any remarks regarding your family. Records reveal you received a disciplinary case for actions taken against Officer Coleman and Lt. Owens removed you from the dorm w/o incident. Final determination was made that no evidence

**Name:** Nelson, Michael     **No:** 2314725     **Unit:** SM

**Living Quarters:** A220B     **Work Assignment:** _____

**DISPOSITION:** (Inmate will not write in this space) exist, no further action is warranted. I advised you no action taken as the resolution that did not mean nothing was done. Again, it is at Step II being investigated.

☆I-60 (Rev. 11-90)

THIS DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20210101222 UICJNO:02197721  NAME: NELSON,MICHAEL BRANDON
UNIT: NF   HSNG: 2TR    29 J      JOB: UNASGN MEDICAL ISOLATION     IQ: 079
CLSS: L1  CUST: G2  PRIMARY LANGUAGE: ENGLISH    LMHA RESTRICTIONS:    LMHA
GRDE: MA / JB    OFF.DATE: 01/23/21  02:33 PM  LOCATION: NF D BLDG. 1 DORM
TYPE: TF

OFFENSE DESCRIPTION
ON THE DATE AND TIME LISTED ABOVE, AND AT NF D1 DORM, OFFENDER: NELSON,
MICHAEL BRANDON, TDCJ-ID NO. 2314725, THREATENED TO INFLICT HARM ON OFFICER
COLEMAN IN THAT SAID OFFENSE SAID "BRING YOUR ASS IN HERE AND GET BEAT UP
HOE!"

*Retaliation on behalf of Lt. Owens Case*
*Being Rejected*

CHARGING OFFICER: G. COLEMAN, CO IV    SHIFT/CARD: 1 E
OFFENDER NOTIFICATION  IF APPLICABLE INTERPRETER:
TIME/DATE NOTIFIED: _____  BY: (PRINT) _____
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES \ NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: _____  DATE: _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: _____  DATE: _____
                    HEARING INFORMATION
HEARING DATE: _____  TIME: _____  UNIT____FOLDER____FILE____DSFILE____
COUNSEL SUBSTITUTE AT HEARING: _____  FOLDER____FILE____DSFILE____
EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING,(2) IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) _____

OFFENDER STATEMENT: _____

OFFENSE CODES: _____  04.0
OFFENDER PLEA: (G, NG, NONE) |___|___|___|___|___|___|
FINDINGS: (G, NG, DS)  |___|___|___|___|___|___|
REDUCED TO MINOR(PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___ BY:(INITIAL)___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: _____

                    PUNISHMENT
LOSS OF PRIV(DAYS)_____   REPRIMAND.............._____
*RECREATION(DAYS)_____   EXTRA DUTY(HOURS)......_____   REMAIN LINE 3.......____
*COMMISSARY(DAYS)_____   CONT.VISIT SUSP.THRU__/__/__   REDUC.CLASS FROM __ TO __
*PROPERTY(DAYS)..._____  CELL RESTR(DAYS).......       GOOD TIME LOST(DAYS).____
* OTS(DAYS)..._____      SPECIAL CELL RESTR(DAYS)._____  DAMAGES/FORFEIT.$_____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:_____

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)_____  NO / NA
DATE PLACED IN PRE-HEARING DETENTION:_____  HEARING LENGTH _____(MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT:_____

HEARING OFFICER (PRINT)    WARDEN          REVIEWER SIGNATURE
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA.

---

*Handwritten margin notes (right side):*

This is the lady I initially Filed the grievance on That Said Fuck you Fuck them and Fuck Yo Dead granny. They was Chaotic. I just asked for water, there was no Strong Evidence against Me, even saying this. I don't call Females Hoes or get stupid when I knew she is Starting mess because of this Lt. owens Picking Bullying, asked And Frivolous case that was dismissed because I didn't do nothing wrong. L2 64 60, 60, 45, 30 For Honestly Being the bigger person and Filed a grievance the First Day Jan 22, 2021 The second day Jan 22 2021 She reputed Chaos from the 22 thinking I Was gonna Buck her I waved the grievance without saying anything C Buck then told her She need her Ass kicked On Record Capt Asked Did you see Nelson say that? She only said He was sitting on his Bunk." In Compliance Quiet while her and Staus Argued, Sir Why am I 64 trying to start mess?

*Handwritten note (bottom):*
I would never threaten an officer For telling her to get out of here

---

*Handwritten annotation (mid-page, under offender notification signature):* Plead Not Guilty

John Mon___ unit

8602 Peach Street

Lubbock, Texas 79404