# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MICHAEL B.E. NELSON, | § | |
| TDCJ No. 02314725, | § | |
| | § | |
| v. | § | W-21-CV-1097-ADA |
| | § | |
| BOBBY LUMPKIN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division. | § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed as time-barred Petitioner Michael B.E. Nelson's Petition for Habeas Corpus Relief and determined that a certificate of appealability shall not issue. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Michael B.E. Nelson's Petition for Habeas Corpus Relief is hereby **DISMISSED WITH PREJUDICE** as time-barred.

It is finally **ORDERED** that the above styled and numbered cause is **CLOSED**.

**SIGNED** this 13th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE